UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH AMBROSE, D.C.,

        NO. CIV. S-08-1664 LKK/GGH

    Plaintiff,

  v.

        O R D E R

GARY COFFEY, et al.,

    Defendants.

/

    Pending before the court is defendant Coffey's motions to dismiss currently set to be heard on October 6, 2008. Due to court congestion, the court CONTINUES the hearing to October 20, 2008 at 10:00 AM. The deadline to file replies, if any, remains September 29, 2008.

    IT IS SO ORDERED.

    DATED: September 17, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1