UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH AMBROSE, D.C.,

          NO. CIV. S-08-1664 LKK/GGH

    Plaintiff,

  v.

          O R D E R

GARY COFFEY, et al.,

    Defendants.

                                /

    Pending before the court is a motion to dismiss by defendants Travelers Property and Reynolds (the private defendants). In defendants' reply brief, they raised numerous statute of limitations issues not found in their memorandum of points and authorities in support of the motion. As such, plaintiff did not have an opportunity to directly respond to these arguments. However, at the hearing on this motion on September 22, 2008, plaintiff indicated that the state defendants' separate motion to dismiss raises substantially the same arguments, and that plaintiff responded to those arguments in his opposition to that motion. The hearing on that motion is scheduled for October 20, 2008, at 10:00

1

1 AM.

2     Because the statute of limitations argument potentially
3 disposes of a great number of plaintiff's claims, and because the
4 arguments are substantially similar across the two motions to
5 dismiss, this court will refrain from issuing an order on private
6 defendants' motion to dismiss until after the October 20, 2008
7 hearing.

8     IT IS SO ORDERED.

9     DATED: September 26, 2008.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2