UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH AMBROSE, D.C.,

                                                              NO. CIV. S-08-1664 LKK/GGH

        Plaintiff,

    v.

GARY COFFEY, et al.,

        Defendants.
                                  /

RICHARD SAUSEDO and
PEDRAM VAEZI,

        Plaintiffs,

    v.                                  NO. CIV. S-09-1477 LKK/GGH

TRAVELERS PROPERTY AND
CASUALTY COMPANY OF AMERICA,
a Corporation; WILLIAM REYNOLDS;        O R D E R
THE COUNTY OF SAN JOAQUIN;
JAMES C. WEYDERT; GARY COFFEY,

        Defendants.
                                  /

    A status conference was held in chambers on July 6, 2009. After hearing, the court makes the following order:

    It is agreed between the parties that Michael Yates will file

1

suit within thirty (30) days and that that case should be related to the instant cases. Accordingly, the schedule heretofore entered is vacated, to be reestablished after the pleadings in Yates are made final.

IT IS SO ORDERED.

DATED: July 7, 2009.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2