DANA A. SUNTAG (California State Bar #125127)
SUNTAG & FEUERSTEIN
A Professional Corporation
The Kress Building
20 North Sutter Street, Fourth Floor
Stockton, California  95202
Telephone:  (209) 943-2004
Facsimile:    (209) 943-0905
Dana@Suntag-Feuerstein.com

QUENDRITH L. MACEDO (California State Bar #179167)
Deputy County Counsel
OFFICE OF THE
 COUNTY COUNSEL OF SAN JOAQUIN
44 North San Joaquin Street, Suite 679
Stockton, California  95202
Telephone: (209) 468-2980

Attorneys for Defendants
GARY COFFEY, JAMES C. WEYDERT,
and COUNTY OF SAN JOAQUIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH AMBROSE, D.C.,<br><br>    Plaintiff,<br><br>    v.<br><br>GARY COFFEY, et al.<br><br>    Defendants. | **CIV. No. 2:08-cv-1664 LKK-GGH** |
| WILLIAM D. ORIGEL,<br><br>    Plaintiff,<br><br>    v.<br><br>TRAVELERS PROPERTY AND CASUALTY COMPANY OF AMERICA, A Corporation; WILLIAM REYNOLDS; THE COUNTY OF SANJOAQUIN; JAMES C. WEYDERT; GARY COFFEY; and DOES 1 to 100,<br><br>    Defendants. | **CIV. No. 2:08-cv-2640-LKK-GGH**<br><br>**STIPULATION AND ORDER RE RESCHEDULING OF MOTION TO DISMISS ORIGEL COMPLAINT**<br><br>**Date:  November 23, 2009**<br>**Time: 10:00 a.m.**<br>**Place: Courtroom 4** |

STIPULATION AND ORDER RE
COMBINING HEARINGS ON MOTIONS TO DISMISS     1

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, on October 5, 2009, Defendants County of San Joaquin, James C. Weydert, and Gary Coffey (the "County Defendants") filed motions to dismiss the complaints filed by Plaintiffs Richard Sausedo, Pedram Vaezi, and Michael Yates, which motions are scheduled to be heard at 10:00 a.m. on November 23, 2009, before the Honorable Lawrence K. Karlton;

WHEREAS, on October 15, 2009, the County Defendants filed a motion to dismiss the complaint filed by Plaintiff Wilmer D. Origel, which motion was scheduled to be heard at 9:00 a.m. on November 23, 2009, before the Honorable Garland E. Burrell, Jr.;

WHEREAS, on October 30, 2009, Judge Karlton issued a Related Case Order, in which he related the Origel case with the already related and consolidated lawsuits filed by Sausedo, Vaezi, Yates, and Joseph Ambrose; the Related Case Order also reassigned the Origel case to Judge Karlton;

WHEREAS, the Related Case Order also vacated the hearing on the County Defendants' motion to dismiss Origel's complaint and directed the County Defendants to renotice their motion to dismiss to reflect a hearing date available before Judge Karlton, and invited the filing of a motion to shorten time for the hearing of the motion to dismiss, if appropriate;

WHEREAS, the issues to be decided on the Origel motion to dismiss are substantially the same as the issues to be decided on the motions to dismiss the Sausedo, Vaezi, and Yates cases such that judicial economy would be served by hearing the motions together:

THEREFORE, IT IS STIPULATED AND AGREED:

1. The hearing on the County Defendants' motion to dismiss the Origel complaint shall occur on November 23, 2009, at 10:00 a.m., and the briefing schedule shall reflect this hearing date.

STIPULATION AND ORDER RE
COMBINING HEARINGS ON MOTIONS TO DISMISS   2

PDF created with pdfFactory trial version www.pdffactory.com

2. This stipulation, once ordered and entered, shall constitute notice of the new hearing date, time, and location, and the County Defendants need not refile their motion to dismiss the Origel complaint.

Dated: November 2, 2009

SUNTAG & FEUERSTEIN
A Professional Corporation

By: /s/ *Dana A. Suntag*
DANA A. SUNTAG
Attorneys for Defendants GARY COFFEY, JAMES C. WEYDERT, and COUNTY OF SAN JOAQUIN

Dated: November 2, 2009

DRIVON, TURNER & WATERS
A Professional Corporation

By: /s/ *Robert T. Waters*
ROBERT T. WATERS
Attorneys for Plaintiff WILMER D. ORIGEL

O R D E R

It is so ordered.

Dated: November 3, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com