UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH AMBROSE, D.C.,

            Plaintiff,

    v.

GARY COFFEY, et al.,

           Defendants.
_____/

NO. CIV. S-08-1664 LKK/GGH

O R D E R

Three motions to dismiss in the above-captioned matters were previously noticed for hearing for June 7, 2010. (Dkt. Nos. 112, 114, 115). Pursuant to the parties' stipulation and communications with chambers, these hearings are CONTINUED to July 12, 2010 at 10:00 a.m. Plaintiffs' opposition memoranda SHALL be filed no later than June 7, and defendants' replies, if any, shall be filed no later than June 21.

IT IS SO ORDERED.

DATED: May 18, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1