1  DANA A. SUNTAG (California State Bar #125127)
   ZOEY P. MERRILL (California State Bar #268331)
2  THE SUNTAG LAW FIRM
   A Professional Corporation
3  The Kress Building
   20 North Sutter Street, Fourth Floor
4  Stockton, California  95202
   Telephone:  (209) 943-2004
5  Facsimile:    (209) 943-0905
   dsuntag@suntaglawfirm.com
6
   QUENDRITH L. MACEDO (California State Bar #179167)
7  Deputy County Counsel
   OFFICE OF THE COUNTY COUNSEL OF SAN JOAQUIN
8  44 North San Joaquin Street, Suite 679
   Stockton, California  95202
9  Telephone:  (209) 468-2980

10 Attorneys for Defendants
   JAMES C. WEYDERT, GARY C. COFFEY,
11 and COUNTY OF SAN JOAQUIN

12                     UNITED STATES DISTRICT COURT

13                     EASTERN DISTRICT OF CALIFORNIA

14

15 JOSEPH AMBROSE, D.C.,                )   No. 2:08-CV-01664-LKK-GGH
                                        )
16          Plaintiff,                  )   [Consolidated with
                                        )   No. 2:09-CV-01477-LKK-GGH
17     v.                               )   No. 2:09-CV-02062-LKK-GGH
                                        )   No. 2:09-CV-02640-LKK-GGH]
18 GARY COFFEY, et al.,                 )
                                        )   **STIPULATION AND ORDER
19          Defendants.                 )   FOR DISMISSAL WITH
                                        )   PREJUDICE OF DEFENDANTS
20                                      )   JAMES C. WEYDERT, GARY C.
                                        )   COFFEY, AND COUNTY OF
21                                      )   SAN JOAQUIN**
                                        )
22                                      )   **[No hearing required]**
                                        )
23 ─────────────────────────────────────)

24

25

26

27

28

STIPULATION OF DISMISSAL
                                    1

1         IT IS STIPULATED AND AGREED, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, by each of Plaintiff Joseph Ambrose, Richard Sausedo, Pedram Vaezi, Michael Yates, and Wilmer Origel, on the one hand, and Defendant James C. Weydert, Gary C. Coffey, and the County of San Joaquin, on the other hand, through their undersigned counsel of record, that each of Plaintiff's Second Amended Complaints and each claim contained in them be dismissed as to each of Defendant James C. Weydert, Gary C. Coffey, and the County of San Joaquin with prejudice, each party to bear its own fees and costs.

Dated: August 18, 2010         FURTADO, JASPOVICE & SIMONS

By:  /s/Richard J. Simons
    RICHARD J. SIMONS
    Attorneys for Plaintiffs
    JOSEPH AMBROSE,
    RICHARD SAUSEDO,
    PEDRAM VAEZI, and MICHAEL YATES

Dated: August 18, 2010         DRIVON, TURNER & WATERS
A Professional Corporation

By:  /s/ Robert T. Waters
    ROBERT T. WATERS
    Attorneys for Plaintiff WILMER D. ORIGEL

Dated: August 18, 2010         THE SUNTAG LAW FIRM
A Professional Corporation

By:  /s/ Dana A. Suntag
    DANA A. SUNTAG
    Attorneys for Defendants JAMES C. WEYDERT, GARY C, COFFEY, and the COUNTY OF SAN JOAQUIN

### O R D E R

IT IS SO ORDERED.

Dated: August 26, 2010.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION OF DISMISSAL

2