UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH AMBROSE, D.C.,

        Plaintiff,

   v.

GARY COFFEY, et al.,

        Defendants.

                               /

NO. CIV. S-08-1664 LKK/GGH

O R D E R

Pursuant to the telephone conference held on February 17, 2011, the scheduling order, ECF No. 108, is AMENDED as follows:

1. Expert disclosures are due June 30, 2011.
2. All discovery shall be conducted so as to be completed no later than August 29, 2011.
3. All Law and Motion matters shall be filed so as to be heard no later than October 29, 2011;
3. The final pretrial conference is set for January 30, 2012 at 2:30 p.m.;

////

////

1

4.  The trial is estimated to take twenty days, and is set for May 1, 2012 at 10:30 a.m.

IT IS SO ORDERED.

DATED:  February 18, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT