UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH AMBROSE, D.C., et al.<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>GARY COFFEY, et al.<br><br>　　　　Defendants.<br>_____<br><br>AND CONSOLIDATED ACTIONS<br>_____ | Case No.: 2:08-CV-01664-LKK-GGH<br><br>[Consolidated with 2:09-CV-01477-LKK-GGH; 2:09-CV-02062-LKK-GGH; 2:09-CV-2640-LKK-GGH]<br><br>**ORDER CONTINUING HEARING ON DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT AND MODIFYING BRIEFING SCHEDULE ON MOTIONS** |

Having considered the stipulation of defendants and plaintiffs Joseph Ambrose, Michael Yates, Richard Sausedo, and Pedram Vaezi, as well as the unavailability of counsel for plaintiff Wilmer Origel, and good cause appearing, the Court hereby orders as follows:

Plaintiff Wilmer Origel shall file his opposition to defendants' motion for summary judgment, including any supporting evidence and documents, on or before October 24, 2011.

Defendants shall file replies to the opposition of plaintiff Origel and the opposition of plaintiffs Joseph Ambrose, Michael Yates, Richard Sausedo, and Pedram Vaezi on or before November 7, 2011.

///

///

///

///

STIPULATION TO CONTINUE HEARINGS ON MOTIONS FOR SUMMARY JUDGMENT

1 | The hearing on the motions for summary judgment is hereby continued from October 24, 2011, to December 5, 2011 at 10:00 a.m. in Department 4 of the above-captioned court.

IT IS SO ORDERED.

Dated: October 17, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Submitted By:

Dennis B. Kass, State Bar No. 137263
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St., 15th Floor
Los Angeles, CA 90017
Telephone: (213) 624-6900
Email: dbk@manningllp.com

Richard G. Garcia, State Bar No. 198185
Scott D. Long, State Bar No. 203505
Patrick L. Hurley, State Bar No. 174438
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
One California St., Suite 1100
San Francisco, CA 94111
Telephone: (415) 217-6990
Email: rgg@manningllp.com

Attorneys for Defendants,
WILLIAM REYNOLDS AND TRAVELERS PROPERTY
AND CASUALTY COMPANY OF AMERICA