UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH AMBROSE, D.C.,

        NO. CIV. S-08-1664 LKK/GGH

    Plaintiff,

  v.

        O R D E R

GARY COFFEY, et al.,

    Defendants.
_____/

Having considered the stipulation of defendants and plaintiffs Joseph Ambrose, Michael Yates, Richard Sausedo, Pedram Vaezi, and Wilmer Origel, and good cause appearing, the Court hereby ORDERS:

[1] The final pretrial conference in this case is hereby CONTINUED to March 5, 2012, at 3:00 P.M. in Department 4 of the above-entitled court.

[2] The trial date currently set will be VACATED, to be reset at the final pretrial conference.

IT IS SO ORDERED.

DATED: January 17, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT