UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH AMBROSE, D.C., et al. ) | Case No.: 2:08-CV-01664-LKK-GGH |
| ) | |
| Plaintiffs, ) | [Consolidated with 2:09-CV-01477-LKK-GGH; 2:09-CV-02062-LKK-GGH; 2:09-CV-2640-LKK-GGH] |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| GARY COFFEY, et al. ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |
| ) | |
| AND CONSOLIDATED ACTIONS ) | |
| _____ ) | |

Having considered the stipulation of defendants and plaintiffs Joseph Ambrose, Michael Yates, Richard Sausedo, and Pedram Vaezi, Wilmer Origel, and good cause appearing, the Court hereby orders as follows:

All dates are VACATED. New dates will be set upon resolution of the pending motion.

IT IS SO ORDERED.

Dated: February 16, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-1-
[PROPOSED] ORDER RECLASSIFYING PRETRIAL CONFERENCE TO CASE MANAGEMENT CONFERENCE

Submitted By:

Dennis B. Kass, State Bar No. 137263
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St., 15th Floor
Los Angeles, CA 90017
Telephone:  (213) 624-6900
Email: dbk@manningllp.com

Richard G. Garcia, State Bar No. 198185
Scott D. Long, State Bar No. 203505
Patrick L. Hurley, State Bar No. 174438
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
One California St., Suite 1100
San Francisco, CA 94111
Telephone:  (415) 217-6990
Email: rgg@manningllp.com

Attorneys for Defendants
WILLIAM REYNOLDS AND TRAVELERS PROPERTY
AND CASUALTY COMPANY OF AMERICA