UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH AMBROSE, D.C., et al. | Case No.: 2:08-CV-01664-LKK-GGH |
| Plaintiffs, | [Consolidated with 2:09-CV-01477-LKK-GGH; 2:09-CV-02062-LKK-GGH; 2:09-CV-2640-LKK-GGH] |
| vs. | **ORDER** |
| GARY COFFEY, et al. | |
| Defendants. | |
| AND CONSOLIDATED ACTIONS | |

Having considered the stipulation of defendants and plaintiffs Joseph Ambrose, Michael Yates, Richard Sausedo, and Pedram Vaezi, Wilmer Origel, and good cause appearing, the Court hereby orders as follows:

All dates are VACATED. New dates will be set upon resolution of the pending motion.

IT IS SO ORDERED.

Dated: February 16, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-1-
[PROPOSED] ORDER RECLASSIFYING PRETRIAL CONFERENCE TO CASE MANAGEMENT CONFERENCE

1  Submitted By:

2  Dennis B. Kass, State Bar No. 137263
   **MANNING & KASS**
3  **ELLROD, RAMIREZ, TRESTER LLP**
   801 S. Figueroa St., 15th Floor
4  Los Angeles, CA 90017
   Telephone:  (213) 624-6900
5  Email: dbk@manningllp.com

6  Richard G. Garcia, State Bar No. 198185
   Scott D. Long, State Bar No. 203505
7  Patrick L. Hurley, State Bar No. 174438
   **MANNING & KASS**
8  **ELLROD, RAMIREZ, TRESTER LLP**
   One California St., Suite 1100
9  San Francisco, CA 94111
   Telephone:  (415) 217-6990
10 Email: rgg@manningllp.com

11 Attorneys for Defendants
   WILLIAM REYNOLDS AND TRAVELERS PROPERTY
12 AND CASUALTY COMPANY OF AMERICA

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RECLASSIFYING PRETRIAL CONFERENCE TO CASE MANAGEMENT CONFERENCE