UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH AMBROSE, D.C.,

                                              NO. CIV. S-08-1664 LKK/GGH

       Plaintiff,

    v.

                                                O R D E R

GARY COFFEY, et al.,

       Defendants.

_____/

    The parties appeared before the court for a status conference on December 3, 2012, at 2:00 p.m.  It appears to the court that this matter ought to be litigated in the state court because the only remaining cause of action is a state malicious prosecution claim.

    The parties have indicated that they are working on a stipulation to refile this case in the state court.  The parties, therefore, SHALL submit such stipulation within fourteen (14) days of the issuance of this order.

    IT IS SO ORDERED.

    DATED:  December 3, 2012.

1

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT