RICHARD J. SIMONS, ESQ. – SBN 072676
FURTADO, JASPOVICE & SIMONS
A Law Corporation
22274 Main Street
Hayward, California 94541
(510) 582-1080 Telephone
(510) 582-8254 Facsimile
Rick@fjslaw.com

Attorneys for Plaintiffs
JOSEPH AMBROSE, D.C.; RICHARD SAUSEDO;
PEDRAM VAEZI; and MICHAEL YATES

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JOSEPH AMBROSE, D.C.,

    Plaintiff,

v.

GARY COFFEY, et al.,

    Defendants.
_____/

No: 2:08-CV-01664-LKK-GGH

[Consolidated with
No. 2:09-CV-01477-LKK-GGH
No. 2:09-CV-02062-LKK-GGH
No. 2:09-CV-02640-LKK-GGH]

STIPULATION OF DISMISSAL
AND ORDER

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed without prejudice pursuant to **FRCP 41** (a) (1).

Dated:  January 7, 2013

FURTADO, JASPOVICE & SIMONS
A Law Corporation

By:_____/s/_____
Rick Simons
Attorney for Plaintiffs
JOSEPH AMBROSE, D.C.; RICHARD SAUSEDO;
PEDRAM VAEZI; and MICHAEL YATES

Dated:  January 7, 2013

MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP

By:_____/s/_____
Dennis B. Kass
_____/s/_____
Richard G. Garcia
Attorneys for Defendants William Reynolds and
Travelers Property and Casualty Company of America

-1-
STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

Dated: January 7, 2013                         LAW OFFICE OF ROBERT D. RODRIGUEZ


By: _____/s/_____
ROBERT D. RODRGUEZ
Attorney for Plaintiff,
WILMER D. ORIGEL

**IT IS HEREBY ORDERED** that the above-captioned action be and hereby is dismissed without prejudice.

**Dated:  January 10, 2013.**

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-2-
STIPULATION OF DISMISSAL AND [PROPOSED] ORDER